UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>DALE NORMAN HARMS,<br><br>              Plaintiff. | No. C-12-80177 MISC EMC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    Previously, the Court issued an order in which it instructed Plaintiff to show cause as to why his case should not be dismissed. *See* Docket No. 2 (order). Plaintiff timely filed a response to the order to show cause. *See* Docket No. 3 (response). Having reviewed the contents of that response, the Court hereby concludes that dismissal of the case with prejudice is warranted. Plaintiff admits in his response that he is not filing a complaint to initiate litigation. *See* Pl.'s Resp. ¶ 2. He also admits in his response that he has not requested any relief from the Court. *See* Pl.'s Resp. ¶ 2. According to Plaintiff, he simply "utilized the miscellaneous filing . . . to establish notice of a completed administrative procedure in order to create a public record." Pl.'s Resp. ¶ 6. However, Plaintiff has pointed to no authority stating that court processes may be used simply to create a public record. To the extent Plaintiff questions the undersigned's "knowledge" or "capacity," Pl.'s Resp. ¶ 8, he is free to take the issue up on appeal. The Clerk of the Court is directed to enter judgment and close the file in this case.

    IT IS SO ORDERED.

Dated: September 12, 2012

_____
EDWARD M. CHEN
United States District Judge